# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | | |
|---|---|---|
| William Deleon Neptune, | ) | Civil Action. No. 4:14-cv-03319-JMC |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

This matter is before the court upon motion of the Plaintiff, through his attorney, Beatrice E. Whitten, for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. 2412. (ECF No. 30). Plaintiff's motion seeks reimbursement for Counsel's representation in the above-captioned matter in the amount of $8,570.12. However, the parties agreed to a stipulated amount of $7,500.00 for attorney fees.

The court has reviewed Counsel's fee petition and the signed fee agreement that was submitted with the petition, and finds Counsel's stipulated request for fees reasonable. Therefore, the Plaintiff is entitled to an award of attorney's fees under the Equal Access to Justice Act in the stipulated amount of $7,500.00.

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

March 21, 2016
Columbia, South Carolina